```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 05983
   DOROTHY JEAN FAIRMAN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4775


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/13/2008 and was not confirmed.

     The case was dismissed without confirmation 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED           2308.14           .00            .00
HSBC                       UNSECURED            467.54           .00            .00
NATIONAL QUICK CASH        UNSECURED         NOT FILED           .00            .00
S AMERICAN EDUCATION LOA   UNSECURED         NOT FILED           .00            .00
S AMERICAN EDUCATION LOA   NOTICE ONLY       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            828.10           .00            .00
JOE FAIRMAN                NOTICE ONLY       NOT FILED           .00            .00
JOE FAIRMAN                NOTICE ONLY       NOT FILED           .00            .00
LITTON LOAN SERVICING      CURRENT MORTG      3281.00           .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE     30000.00           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED            903.71          .00            .00
MORTGAGE ELECTRONIC SYS    NOTICE ONLY       NOT FILED          .00            .00
AES/PHEAA                  UNSECURED         103203.98          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           1357.97          .00            .00
TIMOTHY K LIOU             UNSECURED           8128.72          .00            .00
MELVIN J KAPLAN            DEBTOR ATTY        3,500.00                     1,518.00
TOM VAUGHN                 TRUSTEE                                           132.00
DEBTOR REFUND              REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   1,650.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                     1,518.00
TRUSTEE COMPENSATION                                 132.00
DEBTOR REFUND                                           .00
                         ---------------      ---------------
TOTALS                    1,650.00                 1,650.00


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 05983 DOROTHY JEAN FAIRMAN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 05983 DOROTHY JEAN FAIRMAN